Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of California

Central Division

FILED
CLERK, U.S. DISTRICT COURT
11/9/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: NP  DEPUTY

Related DDJ

NO
CV-30

| | |
|---|---|
| Megan Reeves<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v- | ) ) ) ) ) ) ) ) |
| Riverside County Sheriff's Department, Banning Police Department, Beaumont Police Department, City of Banning, City of Beaumont, Deputy John Does #1 - 8 (official and individual capacities)<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) |

Case No. __5:22-CV-02021-SB-MRW__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Megan Reeves |
| Address | PO BOX 1003 |
| | IDYLLWILD, CA 92549 |
| | *City / State / Zip Code* |
| County | RIVERSIDE |
| Telephone Number | 951-406-0630 |
| E-Mail Address | meganreeves001@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**   (See attached)

| | |
|---|---|
| Name | Riverside County Sheriff's Department |
| Job or Title *(if known)* | |
| Address | 4095 Lemon St. |
| | Riverside, CA 92501 |
| | *City / State / Zip Code* |
| County | RIVERSIDE |
| Telephone Number | 951-955-2400 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Banning Police Department |
| Job or Title *(if known)* | |
| Address | 125 E. Ramsey St. |
| | Banning, CA 92220 |
| | *City / State / Zip Code* |
| County | RIVERSIDE |

Page of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| Telephone Number | 951-922-3170 |
| --- | --- |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☐ Official capacity

**Defendant No. 3**

| Name | Beaumont Police Department | | |
| --- | --- | --- | --- |
| Job or Title *(if known)* | | | |
| Address | 660 Orange St. | | |
| | Beaumont | CA | 92223 |
| | *City* | *State* | *Zip Code* |
| County | RIVERSIDE | | |
| Telephone Number | 951-769-8500 | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity   ☐ Official capacity

**Defendant No. 4**

| Name | City of Banning | | |
| --- | --- | --- | --- |
| Job or Title *(if known)* | | | |
| Address | 99 E. Ramsey St. | | |
| | Banning | CA | 92220 |
| | *City* | *State* | *Zip Code* |
| County | RIVERSIDE | | |
| Telephone Number | 951-922-3105 | | |
| E-Mail Address *(if known)* | | | |

☒ Individual capacity   ☒ Official capacity   (SEE ATTACHED)

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

y

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

California Tort Claims Act, Bane Claim, CA AB26, 4th amendment, 5th amendment, 8th amendment, 14th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant acted in their official capacity, deterring from policy manual and the cities of Banning and Beaumont knew that it's officers weren't trained correctly in the use of force.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Desert Hot Springs, 10 freeway, off of the exit Indian Canyon Drive

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 14, 2021 at 12:58 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My registered domestic partner, Russell Leggett, was shot and killed after he surrendered by waving his hands and emptying the clip out of the gun and trying to throw it out of the car window. Over a minute later, he was still shot multiple times and killed. Video of him surrendering was put on YouTube. Four police departments were involved. They didn't give him the medical care he needed. The 9 claims stem from 42 U.S.C. 1983, the California Tort Claims Act, the Bane Act, Amendments 4, 5, 8 and 14 and CA AB26.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Multiple shots after surrendering, and the refusal of medical care.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am looking for economic damages and non-economic damages in the amount of $6,616,800 for the loss of my spouse's income, household contributions, the loss of companionship, loss of consortium, loss of protection, affection, sexual relations, and loss of moral support. Russell Leggett was 30 years old and had at least another 30 years to live when he was killed. I also want the use of force policies for the 3 police departments and the Riverside County Sheriff's Department to be updated so that the officers are taught how to diffuse a situation instead of just using death to end a situation without first trying all other techniques and want the officers to be properly trained so that more unnecessary deaths can be avoided.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 9, 2022

Signature of Plaintiff

Printed Name of Plaintiff: Megan Reeves

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Page of 7

(SEE ATTACHED)

| | |
|---|---|
| Defendant No. 5 (both individual & official capacities) | City of Beaumont 550 E. 6Th Street Beaumont, CA 92223 |
| Deputy Does #1 - 8 (both individual & official capacities) | Beaumont Police Department 660 Orange Ave Beaumont, CA 92223 |
| | Banning Police Department 125 E Ramsey St. Banning, CA 92220 |
| | Riverside County Sheriff's Department 4095 Lemon St. Riverside, CA 92501 |

Page Number