FILED
CLERK, U.S. DISTRICT COURT
11/9/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: NP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Megan Reeves
PLAINTIFF/PETITIONER,

Riverside County Sheriffs
Department, et al DEFENDANT(S).

CASE NUMBER
5:22-CV-02021-SB-MRW

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Megan Reeves, declare under penalty of perjury, that the foregoing is true and correct, that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?    ☐Yes ☒No
   b. Rent payments, interest or dividends?               ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                              ☐Yes ☒No
   e. Any other income (other than listed above)?        ☒Yes ☐No
   f. Loans?                                              ☐Yes ☒No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Ca State disability

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? __2021__
   Approximately how much income did your last tax return reflect? __$16,000__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   __Logan Reeves, son, 100%__

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__
State

__Riverside__
County (or City)

I, __Megan Reeves__, declare under penalty of perjury that the foregoing is true and correct.

__11/9/2022__
Date

Plaintiff/Petitioner (Signature)

---

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)                                                                                              Page 2 of 2