UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REEVES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PALM SPRINGS et al.,<br><br>    Defendant.<br><br>MEGAN REEVES,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>    Defendants. | Case No. 5:22-cv-01910-SB-MRW<br>Case No. 5:22-cv-02021-SB-MRW<br><br>ORDER GRANTING APPLICATIONS TO PROCEED WITHOUT PAYING A FILING FEE |

   Plaintiff Megan Reeves filed applications to proceed in the above-captioned actions, in which she asserts claims arising from the death of her domestic partner, without paying filing fees.  On November 22, the Court requested more information about Plaintiff's finances in order to rule on her applications.  Plaintiff submitted a supplemental declaration in both actions, and the Court now finds that the applications make an adequate showing of indigency.  *See* [Escobedo v. Applebees](#), 787 F.3d 1226, 1234 (9th Cir. 2015).  Thus, the Court **grants** Plaintiff's applications to proceed in both cases without paying filing fees.

IT IS SO ORDERED.

Date: December 16, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1