| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Mitchell D. Dean, Esq. (SBN 128926) |
|   | Adrian M. Paris, Esq. (SBN 301355) |
| 3 | 440 Stevens Avenue, Suite 100 |
|   | Solana Beach, CA  92075 |
| 4 | Telephone:  (858) 380-4683 |
|   | Facsimile:  (858) 492-0486 |
| 5 | E-mail:     mdean@deangazzo.com |
|   |                aparis@deangazzo.com |

Attorneys for Defendant
City of Banning

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REEVES, | Case No.: 5:22-CV-02021-SB-MRW |
| Plaintiff, | **NOTICE OF APPEARANCE BY MITCHELL D. DEAN** |
| v. | Judge:  Stanley Blumenfeld, Jr. |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, BANNING POLICE DEPARTMENT. BEAUMONT POLICE DEPARTMENT. CITY OF BANNING, CITY OF BEAUMONT. DEPUTY JOHN DOES #1 -8 (official and individual capacities), | Magistrate:  Michael L. Wilner |
| | Complaint filed:  November 9, 2022 |
| | Trial Date: None set |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mitchell D. Dean of the law firm of Dean Gazzo Roistacher LLP hereby appears as counsel for defendant City of Banning in the above-referenced action.  Effectively immediately, please add Mitchell D. Dean as an attorney to be noticed on all matters at the following address:

///

///

1

Case No. 5:22-CV-02021-SB-MRW

1  Dean Gazzo Roistacher, LLP
2  Mitchell D. Dean, Esq. (SBN 128926)
3  440 Stevens Avenue, Suite 100
4  Solana Beach, CA  92075
5  Telephone:  (858) 380-4683
6  Facsimile:  (858) 492-0486
7  E-mail: mdean@deangazzo.com

8  Dated: December 19, 2022                Dean Gazzo Roistacher LLP

By: */s/ Mitchell D. Dean*
Mitchell D. Dean
Adrian M. Paris
Attorneys for Defendant
City of Banning
Email:  mdean@deangazzo.com
aparis@deangazzo.com