1  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
2  Adrian M. Paris, Esq. (SBN 301355)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile:  (858) 492-0486
   E-mail:      mdean@deangazzo.com
5              aparis@deangazzo.com

6  Attorneys for Defendant
   City of Banning
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGAN REEVES,<br><br>          Plaintiff,<br><br>     v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, BANNING POLICE DEPARTMENT. BEAUMONT POLICE DEPARTMENT. CITY OF BANNING, CITY OF BEAUMONT. DEPUTY JOHN DOES #1 -8 (official and individual capacities),<br><br>          Defendants. | Case No.: 5:22-CV-02021-SB-MRW<br><br>**NOTICE OF APPEARANCE BY ADRIAN M. PARIS**<br><br>Judge:  Stanley Blumenfeld, Jr.<br>Magistrate:  Michael L. Wilner<br><br>Complaint filed:  November 9, 2022<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Adrian M. Parish of the law firm of Dean Gazzo Roistacher LLP hereby appears as counsel for defendant City of Banning in the above-referenced action.  Effectively immediately, please add Adrian M. Paris as an attorney to be noticed on all matters at the following address:

///

///

1

Case No. 5:22-CV-02021-SB-MRW

|   |   |
|---|---|
| 1 | Dean Gazzo Roistacher, LLP |
| 2 | Adrian M. Paris, Esq. (SBN 301355) |
| 3 | Solana Beach, CA  92075 |
| 4 | Telephone:  (858) 380-4683 |
| 5 | Facsimile:  (858) 492-0486 |
| 6 | E-mail: aparis@deangazzo.com |

Dated: December 19, 2022                            Dean Gazzo Roistacher LLP

By: */s/ Adrian M. Paris*
Mitchell D. Dean
Adrian M. Paris
Attorneys for Defendant
City of Banning
Email:  mdean@deangazzo.com
              aparis@deangazzo.com

2

Case No. 5:22-CV-02021-SB-MRW